```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

John R. Griffin, Jr.

                      v.

                                                  Civil No. 17-cv-209-LM

Joseph P. Nadeau and New Hampshire
Department of Corrections

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 21, 2017, and dismiss this action in its entirety.

    SO ORDERED.

                                                    _____
                                                  Landya B. McCafferty
                                                  United States District Judge

Date: October 3, 2017

cc:   John R. Griffin, Jr., pro se